**Order entered June 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01294-CV

---

**TOM KARTSOTIS, Appellant**

**V.**

**RICHARD L. BLOCH, INDIVIDUALLY AND AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, Appellees**

---

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04489**

---

## ORDER

In an order dated June 17, 2015, we ordered Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, to file, by June 22, 2015, a reporter's record containing the five missing exhibits and correcting page-numbering and typographical errors as outlined by counsel for appellant. As of today's date, the requested reporter's record has not been filed. Accordingly, on the Court's own motion, we **ORDER** Ms. Dobbins to file the reporter's record by **JUNE 29, 2015**. We expressly **CAUTION** Ms. Dobbins that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **GRANT** appellant's June 24, 2015 unopposed third motion for an extension of time to file a brief. Appellant shall file a brief by **JULY 8, 2015**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Dale Tillery, Judge of the 134th Judicial District Court, Ms. Dobbins, and all counsel of record.

/s/      ELIZABETH LANG-MIERS
JUSTICE